# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON HILL and INTERARCH, INC.** *Plaintiffs,* | : : : | **CIVIL ACTION** |
| v. | : : | No.   22-4735 |
| **REPUBLIC FIRST BANCORP, INC.,** *et al.*, *Defendants.* | : : : | |

## ORDER

**AND NOW**, this **13th** day of **February 2023**, upon consideration of Defendants' Motion to Dismiss (ECF No. 14) and Plaintiff's Amended Complaint (ECF No. 21), it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 14) is **DENIED** as moot.

Responsive pleading(s) to the Amended Complaint (ECF No. 21) are due on or before **February 24, 2023**.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**