IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNON HILL AND INTERARCH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC FIRST BANCORP, INC., et al., <br><br> Defendants. | Civil Action No.: 2:22-cv-04735 |

**STIPULATION**

WHEREAS, Plaintiffs, Vernon Hill and Interarch, Inc. ("Plaintiffs"), filed their Amended Complaint in this action on February 10, 2023; and

WHEREAS, Defendants have requested, and Plaintiffs have granted, an extension to Defendants to respond to the Complaint in this matter until <u>March 16, 2023</u>.

NOW THEREFORE, Plaintiffs and Defendants agree as follows: Defendants shall have until March 16, 2023 to respond to the Complaint.

Dated: February 16, 2023


Respectfully submitted,

/s/ Neal Troum
Neal R. Troum, Esquire
Spector Gadon Rosen Vinci P.C.
1635 Market Street
Seventh Floor
Philadelphia, PA 19103
215.241.8888

*Attorneys for Defendants*

Respectfully submitted,

/s/ Tracy Zurzolo Quinn
Tracy Zurzolo Quinn, Esquire
Holland & Knight
2929 Arch Street
Suite 800
Philadelphia, PA 19104
215.252.9522

*Attorneys for Plaintiffs*

BY THE COURT:

IT IS SO ORDERED

_____
Kenney, J.

## Certificate of Service

I, Neal R. Troum, hereby certify that I filed the foregoing with the Court's ECF/CM electronic filing system, which served it upon all counsel of record.

Dated: February 14, 2023        /s/ Neal R. Troum_____
                                Neal R. Troum