IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNON HILL AND INTERARCH, INC.,<br><br>Plaintiffs,<br>v.<br><br>REPUBLIC FIRST BANCORP, INC., et al.,<br><br>Defendants. | Civil Action No.: 2:22-cv-04735 |

## STIPULATION

WHEREAS, Plaintiffs, Vernon Hill and Interarch, Inc. ("Plaintiffs"), filed their Amended Complaint in this action on February 10, 2023; and

WHEREAS, Defendants have requested, and Plaintiffs have granted, an extension to Defendants to respond to the Complaint in this matter until <u>March 16, 2023</u>.

NOW THEREFORE, Plaintiffs and Defendants agree as follows: Defendants shall have until March 16, 2023 to respond to the Complaint.

Dated: February 16, 2023

Respectfully submitted,

/s/ Neal Troum
Neal R. Troum, Esquire
Spector Gadon Rosen Vinci P.C.
1635 Market Street
Seventh Floor
Philadelphia, PA 19103
215.241.8888

*Attorneys for Defendants*

Respectfully submitted,

/s/ Tracy Zurzolo Quinn
Tracy Zurzolo Quinn, Esquire
Holland & Knight
2929 Arch Street
Suite 800
Philadelphia, PA 19104
215.252.9522

*Attorneys for Plaintiffs*

BY THE COURT:

IT IS SO ORDERED

/s/Chad F. Kenney        2/17/2023
_____
**CHAD F. KENNEY, JUDGE**