# EXHIBIT

## "4"

## INTERARCH

11000 Atrium Way • Suite 100
Mount Laurel, NJ 08054

856.439.9000 • FAX: 856.439.9005
IA@SSH-INC.COM

August 9, 2011

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE:     Republic Bank – 2011 Marketing Proposal 3rd & 4th Quarter

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank - Marketing/ Advertising/ Consulting Services for a fixed rate of **$7,500 per month** for **six months**.  Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Advertisements:
    - Business – 5 different Ads
    - Retail – 5 different Ads
    - Includes resizing of ads

- Billboard Designs:
    - Maximum of two new design per quarter

- Duratrans Creation:
    - Maximum of two new design per quarter

- Buckslip Creation
    - Retail Promotion – 5 different Ads
    - Business Blitzing – 5 different Ads
    - Reorders

- Collateral
    - Business and Retail Brochures
    - Bank Day Brochure
    - Business and Retail Brochures
        - Updates included
    - Posters and Flyers for Bank Days
    - Reorders
    - New Online Banking Materials

- Promotional Items
    - Magic Money Machine Prizes kids and adults.  bi-monthly Pens, Teller Vests and Name Tags and promotional items
    - R Pins (reorder)
    - Reorders
    - Research and purchase new material

Page 1 of 4

Interior Design and Architecture

- New Logo (add phone # to existing logo)
  - Create Marketing Messages (monthly change) for web site
    - Home Equity
    - Credit Card
    - Great American Savings
    - Free Coin Counting

- Credit Card Materials
  - Applications

- Summer Reading Program
  - Brochure
  - Coupons
  - Poster

- Gift Cards
  - Custom Card design
  - Insert (To, From, Amount)
  - Box reorders

- Holiday Door Clings

- Photography
  - Will arrange photographers and provided photos for internal website as requested

The average amount of time spent producing typical marketing material for Republic Bank has been fifty (50) hours per month. Based on information provided and on our experience, we anticipate this average to remain the same for the next 6 months. In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, Grand Openings, Special Events and the re-design and update of the Republic Bank web site and video loop.

## REIMBURSABLE EXPENSES

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

## TERMS AND CONDITIONS

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection,

including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice.  All work performed up to termination of services shall be due for payment at time of termination.

I trust this proposal has met your requirements.  Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

Joseph Vasta
Studio Director
**InterArch**
cc: Accounting Department / file

ACCEPTED:_____ DATE:_____

## INTERARCH STANDARD HOURLY RATES

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

*The rates listed above are in effect until December 31, 2011.*

INTERARCH

9000 Atrium Way • Suite 100
Mount Laurel, NJ 08054

856.439.9000 • FAX: 856.439.9005
IA@ISH-INC.COM

April 26, 2012

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE:    Republic Bank – 2012 Marketing Proposal 1st & 2nd Quarter

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank - Marketing/ Advertising/ Consulting Services for a fixed rate of **$7,500 per month** for **six months**.  Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Advertisements:
  - o  Business – 5 different Ads
  - o  Retail – 5 different Ads
  - o  Includes resizing of ads
  - o  Online Advertising

- Billboard Designs:
  - o  Maximum of two new design per quarter

- Duratrans Creation:
  - o  Maximum of two new design per quarter

- Buckslip Creation
  - o  Retail Promotion – 5 different Ads
  - o  Business Blitzing – 5 different Ads
  - o  Reorders

- Collateral
  - o  Business and Retail Brochures
    - ▪  Updates included
  - o  Bank Day Brochure
  - o  Posters and Flyers for Bank Days
  - o  Reorders

- Promotional Items
  - o  Magic Money Machine Prizes kids and adults,  bi-monthly Pens, Teller Vests and Name Tags and promotional items
  - o  R Pins (reorder)
  - o  Reorders
  - o  Research and purchase new material

- Events
  - Planning and sourcing entertainment
  - Graphics development

- Website
  - Provide graphics to update web banners
  - Keep rotating message fresh

- Summer Reading Program
  - Brochure
  - Coupons
  - Poster

- Gift Cards
  - Poster
  - Billboard
  - Box reorders

- Holiday Door Clings

- Photography
  - Will arrange photographers and provided photos for website as requested

The average amount of time spent producing typical marketing material for Republic Bank has been fifty (50) hours per month. Based on information provided and on our experience, we anticipate this average to remain the same for the next 6 months. In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, Grand Openings, Special Events and the re-design and update of the Republic Bank web site and video loop.

## REIMBURSABLE EXPENSES

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

## TERMS AND CONDITIONS

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

Joseph Vasta
Studio Director
**interArch**
cc: Accounting Department / file

ACCEPTED:_____ DATE:__6│19│12__

## INTERARCH STANDARD HOURLY RATES

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

*The rates listed above are in effect until December 31, 2012.*

# I N T E R A R C H

9000 Atrium Way • Suite 100
Mount Laurel, NJ 08054

856.439.9000 • FAX. 855.439.9005
IA@SSH-INC.COM

June 22, 2012

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE:     Republic Bank – 2012 Marketing Proposal 3rd & 4th Quarter

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank - Marketing/ Advertising/ Consulting Services for a fixed rate of **$7,500 per month** for **six months**.  Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Advertisements:
  - Business – 5 different Ads
  - Retail – 5 different Ads
  - Includes resizing of ads
  - Online Advertising

- Billboard Designs:
  - Maximum of two new designs per quarter

- Duratrans Creation:
  - Maximum of two new designs per quarter

- Buckslip Creation
  - Retail Promotion – 5 different Ads
  - Business Blitzing – 5 different Ads
  - Reorders

- Collateral
  - Business and Retail Brochures
    - Updates included
  - Bank Day Brochure
  - Posters and Flyers for Bank Days
  - Reorders

- Promotional Items
  - Magic Money Machine Prizes kids and adults,  bi-monthly Pens, Teller Vests and Name Tags and promotional items
  - R Pins (reorder)
  - Reorders
  - Research and purchase new material

Page 1 of 4

- Events
    - o Planning and sourcing entertainment
    - o Graphics development
- Website
    - o Provide graphics to update web banners
    - o Keep rotating message fresh
- Republic Reading Program
    - o Brochure
    - o Coupons
    - o Poster
- Gift Cards
    - o Poster
    - o Billboard
    - o Box reorders
- Holiday Door Clings

- Photography
    - o Will arrange photographers and provide photos for website as requested

The average amount of time spent producing typical marketing material for Republic Bank has been fifty (50) hours per month. Based on information provided and on our experience, we anticipate this average to remain the same for the next 6 months. In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, Grand Openings, Special Events and the Republic Bank video loop.

## REIMBURSABLE EXPENSES

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

## TERMS AND CONDITIONS

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate this contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign on the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

Joseph Vasta
Studio Director
**InterArch**
cc: Accounting Department / file

**ACCEPTED:**_____ **DATE:**_____

## INTERARCH STANDARD HOURLY RATES

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

*The rates listed above are in effect until December 31, 2012.*



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

April 23, 2014

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE:    Republic Bank – 2014 Marketing Proposal – **Rev. 3**

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank - Marketing/ Advertising/ Consulting Services for a fixed rate of **$15,000 per month** until January 31, 2015, at which time the terms will be evaluated again.  Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Advertisements:
  - Business – 5 different Ads
  - Retail – 5 different Ads
  - Includes resizing of ads
- Media Buys
- Billboard Designs:
  - Maximum of eight new designs per year
- Duratrans Creation:
  - Maximum of eight new designs per year
- Buckslip Creation
  - Retail Promotion – 5 different Ads
  - Business Blitzing – 5 different Ads
  - Reorders
- Collateral
  - Business and Retail Brochures- Updates Included
  - Bank Day Brochure
  - Business and Retail Terms and Condition Booklets- Updates Included
  - Posters and Flyers for Bank Days
  - Reorders
  - Affinity program brochure & flyer
  - Coloring Books

Interior Design and Architecture

- Promotional Items
    - Magic Money Machine Prizes kids and adults, together with a monthly schedule, bi-monthly Pens, Teller Vests and Name Tags and promotional items
    - R Pins (reorder)
    - New Online Banking Materials
    - Reorders
    - Research and purchase new material
    - Crayons
    - Tee Shirt Designs
- Marketing
  Create Marketing Messages (monthly change) for web site new for product and service launches

- Credit Card Materials (if needed)
    - Application

- Kids Rock Program
    - Brochure
    - Promotional Materials
    - Poster

- Gift Cards
    - Custom Card design
    - Insert (To, From, Amount)
    - Box reorders

- Holiday Door Clings

- Photography
    - Will arrange photographers and provide photos for websites as requested

- Special Events
    - Window Clings & Banners
    - Grand Opening Signs
    - VIP parties
    - Invitation design
    - Vendor recommendations
    - Assist in setup and review as needed for Grand Openings and events

The average amount of time spent producing typical marketing material for Republic Bank has been one hundred and twenty five (125) hours per month. Based on information provided and on our experience, we anticipate this average to remain the same for the next year. In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, the re-design and update of the Republic Bank web site and video loop.

## REIMBURSABLE EXPENSES

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing

and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

## TERMS AND CONDITIONS

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

Timothy Hogan
**Director of Architecture**
**InterArch**
cc: Accounting Department / file

ACCEPTED: _____   DATE: 8/14/14

**INTERARCH STANDARD HOURLY RATES**

| TITLE | RATE |
| --- | --- |
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

*The rates listed above are in effect until December 31, 2014.*

# INTERARCH

123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

January 1, 2015

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE:     Republic Bank – 2015 Marketing Proposal

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank - Marketing/ Advertising/ Consulting Services for a fixed rate of **$15,000 per month** until June 30, 2016, at which time the terms will be evaluated again.  Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Advertisements:
  - Design of various newspaper and online ads
  - Resizing of ads
  - Media buys

- Billboard designs:
  - Maximum of six new designs per year

- Mobile app
  - Development of new graphics as needed

- Website
  - Development of new graphics as needed

- In-store displays
  - Development and upkeep of in-store digital displays, loop behind the tellers, exterior facing digital posters and ATM graphics

- Buckslips
  - Reorders
  - New for Retail & Business
  - New for Grand Openings

- Collateral updates as needed
  - Personal/business brochures and Terms and Conditions (Ts & Cs)
  - Republic Story
  - Insert sheets
  - Welcome envelope
  - Money envelope
  - Applications
  - Money Zone collateral updates

Interior Design and Architecture

- Presentations
  - Internal and external Powerpoint presentations as needed
- Promotional Items
  - Source Magic Money Machine (MMM) prizes for kids and adults
  - Create a monthly schedule for MMM prizes
  - Create a bi-monthly pens, teller vests and name tags
  - R Pins (reorder)
  - Money Zone program giveaways
  - Research and purchase new material
  - Reorders of existing items

- Credit/debit/gift card materials
  - Update/create graphics as needed

- Holiday Door Clings

- Photography
  - Will arrange photographers and provide photos for websites as requested

- Murals
  - Historic photo research
  - Colorization

- Special Events
  - Window clings & banners
  - Grand Opening signs
  - VIP parties
  - Invitation design
  - Vendor recommendations
  - Assist in setup and review as needed for Grand Openings and events

The average amount of time spent producing typical marketing material for Republic Bank has been one hundred and twenty five (125) hours per month. Based on information provided and on our experience, we anticipate this average to remain the same for the next year. In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, the re-design and update of the Republic Bank web site and video loop.

## REIMBURSABLE EXPENSES

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

## TERMS AND CONDITIONS

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,


Timothy Hogan
Director of Architecture
InterArch
cc: Accounting Department / file



ACCEPTED: _____ DATE: 1/2/15

## INTERARCH STANDARD HOURLY RATES

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

*The rates listed above are in effect until December 31, 2016.*



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

April 17, 2017

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE:     Republic Bank – 2017 Marketing Proposal

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank - Marketing/ Advertising/ Consulting Services for a fixed
rate of **$20,000 per month** affective April 1, 2017 through March 31, 2019, at which time the
terms will be evaluated again. Services provided under this proposal include Republic Bank's
typical general marketing requirements and are defined as the creation, maintenance and
procurement of such typical items as:

- Advertisements:
  - Design of various newspaper and online ads
  - Resizing of ads
  - Media buys
- Billboard designs:
  - Maximum of six new designs per year
- Mobile app
  - Development of new graphics as needed
- Website
  - Development of new graphics as needed
- In-store displays
  - Development and upkeep of in-store digital displays, loop behind the tellers,
    exterior facing digital posters and ATM graphics

Architecture and Branding

INTERARCH

123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

- Buckslips
  - Reorders
  - New for Retail & Business
  - New for Grand Openings

- Collateral updates as needed
  - Personal/business brochures and Terms and Conditions (Ts & Cs)
  - Republic Story
  - Insert sheets
  - Welcome envelope
  - Money envelope
  - Applications
  - Money Zone collateral updates

- Presentations
  - Internal and external Powerpoint presentations as needed

- Promotional Items
  - Source Magic Money Machine (MMM) prizes for kids and adults
  - Create a monthly schedule for MMM prizes
  - Create a bi-monthly pens, teller vests and name tags
  - R Pins (reorder)
  - Money Zone program giveaways
  - Research and purchase new material
  - Reorders of existing items

- Credit/debit/gift card materials
  - Update/create graphics as needed

- Holiday Door Clings

- Photography
  - Will arrange photographers and provide photos for websites as requested

- Murals
  - Historic photo research
  - Colorization

- Special Events
  - Window clings & banners
  - Grand Opening signs
  - VIP parties
  - Invitation design
  - Vendor recommendations
  - Assist in setup and review as needed for Grand Openings and events



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

The average amount of time spent producing typical marketing material for Republic Bank has been one hundred and twenty five (125) hours per month. Based on information provided and on our experience, we anticipate this average to remain the same for the next year. In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, the re-design and update of the Republic Bank web site and video loop.

## REIMBURSABLE EXPENSES

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

## TERMS AND CONDITIONS

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

Rodney Dean
Creative Director
InterArch
cc: Accounting Department / file

ACCEPTED: _____ DATE: 4/24/17

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

**INTERARCH STANDARD HOURLY RATES**

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

The rates listed above are in effect until December 31, 2018.

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

April 12, 2019

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE:     Republic Bank – 2019 Marketing Proposal

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank – Marketing/ Advertising/ Consulting Services for a fixed rate of **$20,000 per month** affective April 1, 2019 through October 31, 2019, at which time the terms will be evaluated again.  Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Advertisements:
  - Design of various newspaper and online ads
  - Resizing of ads
  - Media buys
- Billboard designs:
  - Maximum of six new designs per year
- Mobile app
  - Development of new graphics as needed
- Website
  - Development of new graphics as needed
- In-store displays
  - Development and upkeep of in-store digital displays, loop behind the tellers, exterior facing digital posters and ATM graphics

Architecture and Branding

# I N T E R A R C H

123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

- Buckslips
  - Reorders
  - New for Retail & Business
  - New for Grand Opening

- Collateral updates as needed
  - Personal/business brochures and Terms and Conditions (Ts & Cs)
  - Republic Story
  - Insert sheets
  - Welcome envelope
  - Money envelope
  - Applications
  - Money Zone collateral updates

- Presentations
  - Internal and external PowerPoint presentations as needed

- Promotional Items
  - Source Magic Money Machine (MMM) prizes for kids and adults
  - Create a monthly schedule for MMM prizes
  - Create a bi-monthly pens, teller vests and name tags
  - R Pins (reorder)
  - Money Zone program giveaways
  - Research and purchase new material
  - Reorders of existing items

- Credit/debit/gift card materials
  - Update/create graphics as needed

- Holiday Door Clings

- Photography
  - Will arrange photographers and provide photos for websites as requested

- Murals
  - Historic photo research
  - Colorization

- Special Events
  - Window clings & banners
  - Grand Opening signs
  - VIP parties
  - Invitation design
  - Vendor recommendations
  - Assist in setup and review as needed for Grand Openings and events

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

The average amount of time spent producing typical marketing material for Republic Bank has been one hundred and twenty five (125) hours per month. Based on information provided and on our experience, we anticipate this average to remain the same for the next year. In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, the re-design and update of the Republic Bank web site and video loop.

## REIMBURSABLE EXPENSES

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

## TERMS AND CONDITIONS

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

Rodney Dean
Creative Director
InterArch
cc: Accounting Department / file

**ACCEPTED:** _____ **DATE:** _____

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

## INTERARCH STANDARD HOURLY RATES

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

The rates listed above are in effect until December 31, 2019.

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

September 12, 2019

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE: Republic Bank – 2019 Marketing Proposal

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank – Marketing / Advertising / Consulting Services for a fixed rate of **$20,000 per month** affective May 1, 2019 through March 31, 2020, at which time the terms will be evaluated again.

In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, the re-design and update of the Republic Bank web site and video loop.

Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Advertisements:
    - Design of various newspaper and online ads
    - Resizing of ads
    - Media buys
- Billboard designs:
    - Maximum of six new designs per year
- Mobile app
    - Development of new graphics as needed
- R-space
    - New design
    - Supply graphics as needed
- Monthy newsletter
    - Design new template



Architecture and Branding

INTERARCH

123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

- • Monthly layout and design with supplied content
- • Website
  - • Development of new graphics as needed
- • In-store displays
  - • Development and upkeep of in-store digital displays, loop behind the tellers, exterior facing digital posters and ATM graphics
- • Buckslips
  - • Reorders
  - • New for Retail & Business
  - • New for Grand Openings
- • Collateral updates as needed
  - • Personal/business brochures and Terms and Conditions (Ts & Cs)
  - • Republic Story
  - • Insert sheets
  - • Welcome envelope
  - • Money envelope
  - • Applications
  - • Money Zone collateral updates
- • Presentations
  - • Internal and external Powerpoint presentations as needed
- • Promotional Items
  - • Source Magic Money Machine (MMM) prizes for kids and adults
  - • Create a monthly schedule for MMM prizes
  - • Source pens, teller vests and name tags
  - • R Pins (reorder)
  - • Money Zone program giveaways
  - • Research and purchase new material
  - • Reorders of existing items
- • Credit/debit/gift card materials
  - • Update/create graphics as needed
- • Holiday Door Clings
- • Photography
  - • Will arrange photographers and provide photos for websites as requested
- • Murals
  - • Historic photo research
  - • Colorization





123 Chester Avenue
Moorestown, NJ 08057
856 439 9000

- Special Events
  - Window clings & banners
  - Grand Opening signs
  - VIP parties
  - Invitation design
  - Vendor recommendations
  - Assist in setup and review as needed for Grand Openings and events

## REIMBURSABLE EXPENSES

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

## TERMS AND CONDITIONS

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.





173 Chester Avenue
Moorestown, NJ 08057
856.439.9000

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

Rodney Dean
Creative Director
InterArch
cc: Accounting Department / file

ACCEPTED:_____ DATE:_____



Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

**INTERARCH STANDARD HOURLY RATES**

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

The rates listed above are in effect until December 31, 2020.





128 Chester Avenue
Moorestown, NJ 08057
856.108.9000

March 8, 2021

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE: Republic Bank – 2021 Marketing Proposal

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank – Marketing / Advertising / Consulting Services for a fixed rate of **$35,000 per month** effective May 1, 2021 through April 30, 2022, at which time the terms will be evaluated again.

In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, Annual Reports, the re-design and update of the Republic Bank web site and video loop.

Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Executive presentations
  - Filming and post-production
  - Live broadcast direction/production
- VIP product creation
  - Design new VIP credit card
  - Application & disclosure layout
  - VIP card packaging
  - VIP brochure design
- Core conversion
  - Develop digital style guide
  - Provide graphics as needed
- Customer communications
  - Send branded customers coms as needed
  - Track and report

Architecture and Branding



123 Chestar Avenue
Moorestown, NJ 08057
856.439.9000

- Advertisements
  - Design of various newspaper and online ads
  - Resizing of ads
  - Media buys
- Billboard designs:
  - six new designs per year
- Mobile app
  - Development of new graphics as needed
- R-space
  - Supply graphics as needed
- Red News
  - Video production
  - Monthly layout and design with supplied content
- Website
  - Development of new graphics as needed
  - Keep current with up-to-date content
- In-store displays
  - Development and upkeep of in-store digital displays, loop behind the tellers, exterior facing digital posters and ATM graphics
  - Poster Designs
- Buckslips
  - Reorders
  - New for Retail & Business
  - New for Grand Openings
- Collateral updates as needed
  - Personal/business brochures and Terms and Conditions (T&Cs)
  - Republic Story
  - Insert sheets
  - Welcome envelope
  - Money envelope
  - Applications
  - Internal & external forms
  - Money Zone collateral updates
- Recruitment graphics & printed materials
- Presentations
  - Internal and external Powerpoint presentations as needed

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

- Promotional Items
    - Source Magic Money Machine (MMM) prizes for kids and adults
    - Create a monthly schedule for MMM prizes
    - Source pens, teller vests and name tags
    - R Pins (reorder)
    - Money Zone program giveaways
    - Research and purchase new material
    - Reorders of existing items
- Credit/debit/gift card materials
    - Update/create graphics as needed
    - Create VIP card packaging and T&Cs
    - Digital wallet graphics as needed
- Holiday Door Clings
- Photography
    - Will arrange photographers and provide photos for websites as requested
- Murals
    - Historic photo research
    - Colorization
- Special Events
    - Window clings & banners
    - Grand Opening signs
    - VIP parties
    - Invitation design
    - Vendor recommendations
    - Assist in setup and review as needed for Grand Openings and events

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

**REIMBURSABLE EXPENSES**

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

**TERMS AND CONDITIONS**

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

Rodney Dean
Creative Director
InterArch
cc: Accounting Department / file

ACCEPTED: _____     DATE: _6/28/21_

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

## INTERARCH STANDARD HOURLY RATES

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

The rates listed above are in effect until December 31, 2021.

Architecture and Branding

INTERARCH

123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

February 22, 2022

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE: Republic Bank – 2022 Marketing Proposal

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank – Marketing / Advertising / Consulting Services for a fixed rate of **$35,000 per month** effective May 1, 2022 through December 31, 2022, at which time the terms will be evaluated again.

Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Executive presentations
  - Filming and post-production
  - Live broadcast direction/production
- Customer communications
  - Send branded customers coms as needed
  - Track and report
  - Advertisements
  - Design of various newspaper and online ads
  - Resizing of ads
  - Media buys

- Billboard designs:
  - six new designs per year

- Mobile app
  - Development of new graphics as needed

- R-space
  - Supply graphics as needed

- Red News
  - Video production


Architecture and Branding

INTERARCH

123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

- Layout and design with supplied content
- Website
    - Development of new graphics as needed
    - Keep current with up-to-date content
- In-store displays
    - Development and upkeep of in-store digital displays, loop behind the tellers, exterior facing digital posters and ATM graphics
    - Poster Designs
- Buckslips
    - Reorders
    - New for Retail & Business
    - New for Grand Openings
- Collateral updates as needed
    - Personal/business brochures and Terms and Conditions (T&Cs)
    - Republic Story
    - Insert sheets
    - Welcome envelope
    - Money envelope
    - Applications
    - Internal & external forms
    - Money Zone collateral updates
- Recruitment graphics & printed materials
- Presentations
    - Internal and external Powerpoint presentations as needed
- Promotional Items
    - Source Magic Money Machine (MMM) prizes for kids and adults
    - Create a monthly schedule for MMM prizes
    - Source pens, teller vests and name tags
    - R Pins (reorder)
    - Money Zone program giveaways
    - Research and purchase new material
    - Reorders of existing items
- Credit/debit/gift card materials
    - Update/create graphics as needed
    - Create VIP card packaging and T&Cs
    - Digital wallet graphics as needed
- Holiday Door Clings



Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

- Photography
  - Will arrange photographers and provide photos for websites as requested

- Murals
  - Historic photo research
  - Colorization

- Special Events
  - Window clings & banners
  - Grand Opening signs
  - VIP parties
  - Invitation design
  - Vendor recommendations
  - Assist in setup and review as needed for Grand Openings and events



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

**REIMBURSABLE EXPENSES**

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

**TERMS AND CONDITIONS**

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

**Rodney Dean**
**Creative Director**
**InterArch**
cc: Accounting Department / file

ACCEPTED: _____   DATE: 4/20/23



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

**INTERARCH STANDARD HOURLY RATES**

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

The rates listed above are in effect until December 31, 2022.

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

March 24, 2022

Mr. Andrew Logue
President
Chief Operations Officer
Republic First Bank
Two Liberty Place
50 S. 16th Street Suite 2400
Philadelphia, PA 19102

RE: Republic Bank – 2022-2023 Marketing Proposal

Dear Mr. Logue,

Thank you for this further opportunity to be of service.

InterArch will provide Republic Bank – Marketing / Advertising / Consulting Services for a fixed rate of **$35,000 per month** effective May 1, 2022 through April 30, 2023, at which time the terms will be evaluated again.

In the event Republic Bank would require special marketing projects outside their typical requirements, InterArch could provide those services under separate proposal. Potential special projects may include the re-branding of Republic Bank, Annual Reports, the re-design and update of the Republic Bank web site and video loop.

Services provided under this proposal include Republic Bank's typical general marketing requirements and are defined as the creation, maintenance and procurement of such typical items as:

- Executive presentations
  - Filming and post-production
  - Live broadcast direction/production
- Customer communications
  - Send branded customers coms as needed
  - Track and report

Architecture and Branding

I n t e r A r c h

123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

Advertisements

- Design of various newspaper and online ads
- Resizing of ads
- Media buys

- Billboard designs:
  - six new designs per year

- Mobile app
  - Development of new graphics as needed

- R-space
  - Supply graphics as needed

- Red News
  - Video production
  - Layout and design with supplied content

- Website
  - Development of new graphics as needed
  - Keep current with up-to-date content

- In-store displays
  - Development and upkeep of in-store digital displays, loop behind the tellers, exterior facing digital posters and ATM graphics
  - Poster Designs

- Buckslips
  - Reorders
  - New for Retail & Business
  - New for Grand Openings

- Collateral updates as needed
  - Personal/business brochures and Terms and Conditions (T&Cs)
  - Republic Story
  - Insert sheets
  - Welcome envelope
  - Money envelope
  - Applications
  - Internal & external forms
  - Money Zone collateral updates
- Recruitment graphics & printed materials
- Presentations
  - Internal and external Powerpoint presentations as needed

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

- Promotional Items
  - Source Magic Money Machine (MMM) prizes for kids and adults
  - Create a monthly schedule for MMM prizes
  - Source pens, teller vests and name tags
  - R Pins (reorder)
  - Money Zone program giveaways
  - Research and purchase new material
  - Reorders of existing items
- Credit/debit/gift card materials
  - Update/create graphics as needed
  - Create VIP card packaging and T&Cs
  - Digital wallet graphics as needed
- Holiday Door Clings
- Photography
  - Will arrange photographers and provide photos for websites as requested
- Murals
  - Historic photo research
  - Colorization
- Special Events
  - Window clings & banners
  - Grand Opening signs
  - VIP parties
  - Invitation design
  - Vendor recommendations
  - Assist in setup and review as needed for Grand Openings and events

Architecture and Branding



I N T E R A R C H

123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

**REIMBURSABLE EXPENSES**

Reimbursable expenses are in addition to the basic compensation cited above and will be billed at the direct cost for expenses incurred by InterArch. These expenses include, but are not limited to, printing and reproduction, travel, overnight mail and delivery services, messenger and courier services, photography, etc. Client will be billed monthly for reimbursable expenses.

**TERMS AND CONDITIONS**

InterArch requires the following terms and conditions be met to ensure performance of work as described in SCOPE OF SERVICES:

- Invoices for services shall be submitted on a monthly basis. Invoices shall be payable within 30 days after the invoice date. If the invoice is not paid within 30 days, InterArch may, without waving any claim or right against the Client, and without liability whatsoever to the Client, terminate the performance of the service.

- Accounts unpaid 45 days after the invoice may be subject to a monthly service charge of 5% on the unpaid balance, at the sole election of InterArch. Statements and/or verbal notification will be given at 45 days to inform the Client of status of accounts regarding this project. In the event any portion or all of an account remains unpaid 60 days after billing, the Client shall pay all costs of collection, including reasonable attorney's fees and all work on this project will be stopped automatically without further notice at 60 days if prior arrangements have not been made or fulfilled.

- InterArch and Republic Bank reserve the right to terminate contract with the provision of 30 days written notice. All work performed up to termination of services shall be due for payment at time of termination.

I trust this proposal has met your requirements. Please do not hesitate to contact me with any questions or concerns.

Please sign the space provided below indicating your acceptance of this proposal and return at your earliest convenience.

Yours truly,

Rodney Dean
Creative Director
InterArch
cc: Accounting Department / file

**ACCEPTED:**_____ **DATE:**_____

Architecture and Branding



123 Chester Avenue
Moorestown, NJ 08057
856.439.9000

## INTERARCH STANDARD HOURLY RATES

| TITLE | RATE |
|---|---|
| Principal | $300 |
| Studio Director | $250 |
| Team Leader | $200 |
| Senior Construction Manager | $185 |
| Construction Manager | $110 |
| Project Manager | $150 |
| Project Architect | $130 |
| Architect | $110 |
| Project Designer | $130 |
| Designer | $110 |
| CAD Technician | $80 |
| Project Landscape Architect | $150 |
| Landscape Architect | $110 |
| Administrative | $50 |

The rates listed above are in effect until December 31, 2023.

Architecture and Branding