IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **INTERARCH, INC.,** *Plaintiff,* v. **REPUBLIC FIRST BANCORP, INC. et al.,** *Defendants.* | : : : : : : : : : : : | CIVIL ACTION No.   22-cv-04735 |

# ORDER

**AND NOW**, this **18th** day of **January 2024**, having considered Defendants' Motion to Dismiss Counts I, V, and VI of the Second Amended Complaint (ECF No. 77), Plaintiff's Opposition (ECF No. 84) and Defendants' Reply (ECF No. 85), it is hereby **ORDERED** that Defendant's Motion (ECF No. 77) is **GRANTED in part** as to Counts V and VI, and **DENIED in part** as to Count I.

It is further **ORDERED** that a responsive pleading to the Second Amended Complaint (ECF No. 73) is due on or before **February 1, 2024**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**