IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **INTERARCH, INC.,** : |  | **CIVIL ACTION** |
| *Plaintiff,* : |  |  |
| : |  |  |
| v. : | No. | **22-cv-04735** |
| : |  |  |
| **REPUBLIC FIRST** : |  |  |
| **BANCORP, INC. et al.,** : |  |  |
| *Defendants.* : |  |  |

**ORDER**

**AND NOW,** this **30th day** of **June 2025**, upon review of the docket and consideration of Plaintiff's Motion to Lift Stay as to Defendants Rodney Dean and John Chessa (ECF No. 124), Defendants' Opposition to Plaintiff's Motion to Lift Stay (ECF No. 127), Plaintiff's Reply (ECF No. 128), and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED**. The stay as to Defendants Dean and Chessa is lifted.

It is further **ORDERED** that Defendants Dean and Chessa shall file a response to Plaintiff's Motion for Sanctions (ECF No. 106) **on or before** July 22, 2025, at 12:00 p.m.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**